```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEREMY S. KROGER, Bar #258956
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  PATRICK D. GLENN
```

FILED
SEP 17 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 5:10-cr-00020 JLT |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND THAT HEARING BE SET AT **EDWARDS AIR FORCE BASE**; ORDER THEREON |
| v. | |
| PATRICK D. GLENN, | |
| Defendant. | Date: October 14, 2010<br>Time: 1:30<br>Place: Edwards Air Force Base<br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DANIEL S. HARRISON, Assistant United States Attorney, counsel for plaintiff, and JEREMY S. KROGER, Assistant Federal Defender, counsel for defendant, PATRICK D. GLENN, that the date for status conference in this matter may be continued to October 14, 2010, or the soonest date thereafter that is convenient to the court, and that the hearing be set at Edwards Air Force Base. **The date currently set for status conference is September 20, 2010. The requested new date is October 14, 2010.**

This continuance is requested to allow time for defense preparation and negotiations between the parties.

///

///

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C.§§ 3161(h)(7)(A).

                                                         BENJAMIN B. WAGNER
                                                         United States Attorney

DATED: September 17, 2010            By /s/ Daniel S. Harrison
                                                           DANIEL S. HARRISON
                                                           Assistant United States Attorney
                                                           Attorney for Plaintiff

                                                           DANIEL J. BRODERICK
                                                           Federal Defender

DATED: September 17, 2010            By /s/ Jeremy S. Kroger
                                                           JEREMY S. KROGER
                                                           Assistant Federal Defender
                                                           Attorney for Defendant
                                                           Patrick D. Glenn

## O R D E R

**IT IS SO ORDERED.** That the Status Conference now set for September 20, 2010, at 1:30 p.m., before Magistrate Judge Dennis L. Beck, in Fresno, is RESET to October 14, 2010, before Magistrate Judge Jennifer L. Thurston, at Edwards Air Force Base. The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

DATED: September 17, 2010

                                                       Jennifer L. Thurston
                                                       United States Magistrate Judge