BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DANIEL S. HARRISON
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Office of the Staff Judge Advocate
AFFTC/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4380 / Fax: (661) 277-1625

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 5:10-cr-00020 JLT |
| | ) | |
| *Plaintiff,* | ) | Government's Motion to Dismiss Counts |
| | ) | Two and Three of the Information; |
| v. | ) | Order Thereon |
| | ) | |
| PATRICK D. GLENN, | ) | Date:  October 14, 2010 |
| | ) | Time:  10:00 |
| *Defendant.* | ) | Place:  Edwards Air Force Base |
| _____ | ) | Judge: Hon. Jennifer L. Thurston |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves this honorable Court to dismiss COUNT TWO and COUNT THREE of the Information against Patrick D. Glenn, in the interest of justice.

                                                              Respectfully Submitted

                                                              BENJAMIN B. WAGNER
                                                              United States Attorney

DATED:  September 20, 2010

                                    By     /s/ Daniel S. Harrison_____
                                                 DANIEL S. HARRISON
                                                 Special Assistant United States Attorney

# **O R D E R**

**IT IS SO ORDERED.** That COUNT TWO and COUNT THREE of the Information against Patrick D. Glenn be dismissed.

IT IS SO ORDERED.

Dated:   **September 20, 2010**              **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE